1 | LYNN HUBBARD III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN, 212970
  | **DISABLED ADVOCACY GROUP, APLC**
3 | 12 WILLIAMSBURG LANE
  | CHICO, CA 95926
4 | Telephone:  (530) 895-3252
  | Facsimile:   (530) 894-8244

5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS KOHLER, | Case No. 08cv0913 L (POR) |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| HOTCAKES NO. 4, INC. dba IHOP #81; BRE/LQ PROPERTIES, LLC, | |
| Defendants. / | |

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, CHRIS KOHLER, hereby requests that purusant to FRCP 41
3
4  (a)(1), the Court dismiss the above entitled action, with prejudice, **as to Defendant**
5  **HOTCAKES NO. 4, INC. dba IHOP #81** *only*.
6
7      Nothing in this request shall be construed to affect Plaintiff's complaint and
8  claims in the above referenced case against Defendants other than **Defendant**
9
10 **HOTCAKES NO. 4, INC. dba  IHOP # 81** *only***.**

11
12 Dated: July 14, 2008                    DISABLED ADVOCACY GROUP, APLC
13
14                                          */s/ Lynn Hubbard, III, Esquire*
                                            LYNN HUBBARD, III
15                                          Attorney for Plaintiff Chris Kohler