**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE  CHICO, CA 95926<br>TELEPHONE NO.: **(530) 895-3252**   FAX NO.*(Optional)*: **(530) 894-8244**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: **880 FRONT STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101**
BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO**

PLAINTIFF/PETITIONER: **CHRIS KOHLER**
DEFENDANT/RESPONDENT: **BRE/LQ PROPERTIES, LLC**

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER:
**08CV0913LPOR**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **BRE/LQ PROPERTIES, LLC**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **DENA LaPORTA, AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **2030 MAIN STREET SUITE 1030**
   **IRVINE, CA 92614**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **06/26/2008**  (2) at *(time)*: **02:30 pm**

   b. [ ] **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC190723

| PETITIONER: **CHRIS KOHLER** | CASE NUMBER: |
|---|---|
| RESPONDENT: **BRE/LQ PROPERTIES, LLC** | **08CV0913LPOR** |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                               (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **BRE/LQ PROPERTIES, LLC**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                     ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                                 ☒ other: **LIMITED LIABILITY COMPANY**

7. **Person who served papers**
   a. Name: **Donald Niemeyer - Janney & Janney Attorney Service, Inc.**
   b. Address: **840 N. Birch St. Santa Ana, CA 92701**
   c. Telephone number: **(714) 953-9451**
   d. **The fee** for service was: **$ 60.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner     ☐ employee     ☒ independent contractor.
          (ii) Registration No.: **1374**
          (iii) County: **Orange**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **06/27/2008**

Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

**Donald Niemeyer**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)